2009-23069
FILED
June 24, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0001914088

NAZIRI LAW GROUP
VAHID NAZIRI, BAR # 213462
6320 Canoga Ave. Suite 790
Woodland Hills, California 91367
Telephone: 818-888-6614
Facsimile: 818-888-6615

Attorney for Debtor

## U.S. BANKRUPTCY COURT

### EASTERN DISTRICT OF CLAIFORNIA SACRAMENTO DIVISON

In re:

Jarom Daszko                                    Case No: 09-23069

    Debtor.

---

## ORDER CONFIRMING PLAN

The Chapter 13 Plan of the above-named Debtor has been transmitted to all creditors, and it has been determined after notice and opportunity a hearing that the Debtor's Plan satisfies the requirements of 11 U.S.C. section 1325.

Therefore, **IT IS ORDERED** that the plan is confirmed.

**IT IS FURTHER ORDERED** that:

1. The Debtor shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the Trustee of any change in the Debtor's address.

2. The Debtor shall immediately notify the Trustee in writing of any termination, reduction of, or other change in the employment of the Debtor's; and

3. The Debtor shall appear in Court whenever notified to do so by the Court.

**IT IS FURTHER ORDERED** that the attorney's fees for the Debtor's attorney in the full amount of $3,100 are approved; $1,600 was paid prior to the filing of the petition.

1

RECEIVED
June 24, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001914088

The balance of $1,500 provided that the attorney and the Debtor have executed and filed a Rights and Responsibilities of Chapter 13 Debtor and their Attorney, shall be paid by the Trustee from plan payments at the rate specified in Guidelines for Payment of Attorney's fees in Chapter 13 cases.

**IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C Section 1323, the plan is as follows:

<u>Debtor shall pay Trustee the sum of $2,192.18 each month.</u>

Approved

Dated: May 29, 2009

*[signature]*

Lawrence J. Loheit
Chapter 13 Trustee

Dated: June 24, 2009

*[signature]*

Robert S. Bardwil, Judge
United States Bankruptcy Court

Date: June 2, 2009                    Naziri Law Group

2